# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN ALUMINUM FINISHING COMPANY, INC., <br>     Plaintiff, <br><br> v. <br><br> FOULGER-PRATT CONTRACTING LLC <br> 9601 Blackwell Road, Suite 200 <br> Rockville, MD 20850 <br>     *Serve:* <br>       Corporation Service Company, R/A <br>       1090 Vermont Ave., NW <br>       Washington DC 20005 <br><br> and <br><br> TRAVELERS CASUALTY AND <br> SURETY COMPANY OF AMERICA, <br> One Tower Square <br> Hartford, CT 06183 <br>     *Serve:* Don K. Kawamoto <br>       Attorney in Fact <br>       Willis Towers Watson <br>       12505 Park Potomac Avenue <br>       Park Potomac Building E <br>       Suite 300 <br>       Potomac, Maryland 20854 <br><br>     Defendants | Case No._____ |

## **COMPLAINT**

COMES NOW, Southern Aluminum Finishing Company, Inc., plaintiff in the above-styled matter, and files this Complaint against Defendants, Foulger-Pratt Contracting LLC and Travelers Casualty and Surety Company of America, and states as follows:

1. Plaintiff Southern Aluminum Finishing Company, Inc. (hereinafter "Plaintiff" or "Southern Aluminum"), is a Georgia corporation with its principal place of business located at 1581 Huber Street NW, Atlanta, GA.

2. Defendant Foulger-Pratt Contracting LLC ("FPC") is a Maryland corporation engaged in business as a general contractor.

3. Defendant Travelers Casualty and Surety Company of America ("Travelers") is a Connecticut corporation engaged in business as a surety.

**JURISDICTION AND VENUE**

4. This court has jurisdiction over this case under 28 U.S.C. 1332(a) (1) in that the matter in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.00, and is between citizens of different states.

5. Venue is appropriate in this Court pursuant to 28 USC § 1391(b)(2) as the subject construction project is located and a substantial part of the events giving rise to this matter occurred in the District of Columbia.

**FACTUAL BACKGROUND**

6. Defendant FPC is engaged in the business of real estate development and construction.

7. Upon information and belief, on or around January 26, 2015, FPC contracted with Ranger Specialized Glass, Inc. ("Ranger") for Ranger to perform subcontracting services for a project located at Art Place at Fort Totten in Washington D.C. ("the Project"). Pursuant to this contract, Ranger agreed to furnish and install glazing and metal wall panels for the Project.

8. On or about September 8, 2014, FPC obtained a Payment Bond (Number 106033098) ("Payment Bond") from Defendant Travelers in the amount of $116,596,000 for the

Project with FPC as the principal on the Payment Bond. A copy of said Payment Bond is attached hereto as Exhibit 1 and incorporated herein by reference.

9. Pursuant to the Payment Bond, FPC agreed that the "Contractor and Surety, jointly and severally, bind themselves, their heirs, executors, administrators, successors and assigns to the Owner to pay for labor, materials and equipment furnished for use in the performance of the Construction Contract, which is incorporated herein by reference."

10. On or about February 1, 2017, Defendant Ranger contracted with Plaintiff to furnish materials for the Project pursuant to certain Purchase Orders from Ranger.

11. Ranger agreed to compensate Plaintiff for amounts due and outstanding after that time for the materials provided by Plaintiff for the Project.

12. Plaintiff last furnished materials for the Project on or about June 29, 2017 and Ranger's payment for that delivery was due thirty (30) days later. Plaintiff has received no complaint of quality or quantity of the materials supplied to Ranger and, upon information and belief, the materials have been installed at the Project.

13. Ranger failed to pay Plaintiff $175,218.90 due under the Contract within 30 days of Plaintiff's final invoice sent in June 2017 as shown on the attached Statement attached hereto as Exhibit 2 and incorporated herein by reference. More than six (6) months have passed since Ranger's failure to pay.

14. Plaintiff has submitted a claim for payment to Travelers under the Payment Bond, but Travelers has failed to pay Plaintiff the amount due.

## Count I
### (Action against the Payment Bond)

15. Plaintiff repeats and re-alleges Paragraphs 1-14 as though fully set forth herein.

16. Plaintiff furnished materials to Ranger for the Project.

17. Plaintiff performed all of its obligations under its contract with Ranger to furnish materials for the Project.

18. By letter dated February 25, 2017, Plaintiff gave notice to FPC, Ranger and its surety and the Project owner that Plaintiff was supplying materials to the Project. A copy of said letter is attached hereto as Exhibit 3 and incorporated herein by reference.

19. By letter dated, August 18, 2017, Plaintiff gave notice, to FPC, Ranger and its surety and the Project owner, that it had a claim in the amount of $217,881.25 for materials supplied to the Project, and also requested copies of all payment bonds on the Project. A copy of said letter is attached hereto as Exhibit 4 and incorporated herein by reference.

20. By letter dated November 22, 2017, Plaintiff notified FPC that its claim was now in the amount of $189,076.30 and again requested FPC to provide a copy of its payment bond on the Project. A copy of said letter is attached hereto as Exhibit 5 and incorporated herein by reference.

21. In response to the November 22, 2017 letter, FPC provided a copy of its Payment Bond to Plaintiff and thereafter Plaintiff made a demand by letter dated November 29, 2017, to FPC and Travelers for payment under the Payment Bond. A copy of said letter is attached hereto as Exhibit 6 and incorporated herein by reference.

22. FPC and Travelers are obligated, pursuant to the Payment Bond issued to FPC, to pay Plaintiff for the materials furnished to the Project and for which Ranger has failed to make payment to Plaintiff.

23. Despite Plaintiff's demand, FPC and Travelers have failed and refused to pay Plaintiff according to the terms of the Payment Bond.

24. This action is being filed within one year of the date that Plaintiff made its claim against the Payment Bond and within one year of the last materials supplied on the Project.

25. More than six (6) months have passed since Plaintiff made its demand and Berkeley has failed and refused to pay the disputed amounts.

26. Plaintiff is a proper claimant under the Payment Bond and is of the class of those persons entitled to a right of action under the Payment Bond.

27. Plaintiff has complied with all requirements and conditions precedent in asserting its claim under the Payment Bond.

WHEREFORE, Plaintiff, Southern Aluminum Finishing Company, Inc., respectfully requests judgment against the Defendants Foulger-Pratt Contracting LLC and Travelers Casualty and Surety Company of America, jointly and severally in the amount of One Hundred Seventy Five Thousand Two Hundred Eighteen and 90/100 Dollars ($175,218.90) plus interest at the rate of 1.5% per month from July 29, 2017, until paid, plus its reasonable attorney's fees and all of its costs in this cause expended.

    SOUTHERN ALUMINUM
    FINISHING COMPANY, INC.,
    By Counsel

    */s/ Kavita S. Knowles*
    Kavita S. Knowles, Esq.
    Federal Bar #: MD15148
    Fullerton & Knowles, P.C.
    12642 Chapel Road
    Clifton, VA  20124
    (703) 818-2600
    FAX: (703) 818-2602
    kknowles@fullertonlaw.com
    Counsel for Plaintiff